**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq., Cal. Bar No. 260264
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

**DAVTYAN PROFESSIONAL LAW CORPORATION**
EMIL DAVTYAN, Esq., Cal. Bar No. 299363
emil@davtyanlaw.com
5959 Topanga Canyon Blvd. Suite 130
Woodland Hills, California 91367
Telephone: (818) 992-2935
Fax: (818) 975-5525

Attorneys for Plaintiff

**GRANTED**
Judge Nathanael M. Cousins

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA RICHARD, an individual, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY; and DOES 1 thru 50, inclusive<br><br>Defendant. | CASE NO. 5:18-cv-06611<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[The Honorable Nathanael Cousins] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff THERESA RICHARD ("Plaintiff") and defendant THE LELAND STANFORD JUNIOR UNIVERSITY (collectively, the "Parties"), stipulate to voluntarily dismiss, with prejudice, each and every allegation, cause of action, claim and prayer for relief asserted in this action as to, and on behalf of, Plaintiff.

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

The Parties further stipulate to dismiss, without prejudice, each and every allegation, cause of action, claim and prayer for relief asserted in this action on behalf of each member of the Proposed Class which is defined in paragraph 36 of the complaint as:

> all persons in the United States who filled out Defendant's standard application form permitting Defendant to obtain a consumer report verifying the applicant's background and experience at any time during the period beginning five (5) years prior to the filing of this Complaint and ending on the date as determined by the Court (the "Proposed Class").

Dismissal on behalf of the Proposed Class is warranted because the allegations, causes of action, claims and prayers for relief are being dismissed without prejudice.

In agreeing to this stipulation, counsel for Plaintiff is not aware of any person who is relying on the pendency of this action to protect their interests.

DATED: April 12, 2019      KINGSLEY & KINGSLEY, APC

By: */s/ Kelsey M. Szamet*
Eric B. Kingsley
Kelsey M. Szamet
Attorneys for Plaintiff

DATED: April 12, 2019      GORDON & REES, SCULLY MANSUKHANI LLP

By: */s/ Edward Romero*
Edward Romero
Kelsey M. Szamet
Attorneys for Defendant

**ATTESTATION REGARDING SIGNATURES**

I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

*/s/ Kelsey M. Szamet*
KELSEY M. SZAMET

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)